# EXHIBIT A





**John Adams High School**
**A New Visions School**
Rockaway Boulevard and 102nd Street
Ozone Park, New York 11417

Daniel Scanlon
Principal

Telephone 718-322-0500

# ADMINISTRATIVE EVALUATION FORM FOR THE OBSERVATION OF DEANS

**Dean: Richard Sanjamino**                         **Date: June 20, 2013**

Deans should be prepared to perform the following tasks on a daily basis. Specific assignments may not allow for the observation of all tasks.

**Rating Scale:**   N/A   No Basis for judgment (denotes not averaged)
                    1     Unsatisfactory
                    2     Needs improvement
                    3     Satisfactory
                    4     Outstanding

| Task Observed | Rating |
|---|---|
| **General Performance** | |
| Appears on post at specific time | 3 |
| Is alert on post assignment | 3 |
| Possesses proper equipment | 4 |
| **Scanning** | |
| Regulates the flow of students through specified entrance and maintains order | N/A |
| Carefully checks student ID/Program Cards | N/A |
| Separates and provides direction to those unable to present proper identification | N/A |
| Challenges visitors and adheres to visitor control procedures in a professional manner | N/A |
| Is aware and alert at the walk through detectors | N/A |
| Adheres to established policies for scanning | N/A |
| Is familiar with students on suspension/detention | N/A |
| Clears Cafeteria during scanning process | N/A |
| Enforces the Dress Code and Hat Policy | N/A |
| **Deans Office Duties (General)** | |
| Has a good rapport with incoming public | 4 |
| Greets individuals with courtesy and respect | 4 |
| Individuals are serviced promptly | 4 |

| | |
|---|---|
| Is knowledgeable of school personnel | 4 |
| Possesses appropriate phone communication skills | 4 |
| Schedules and holds conferences for students with disciplinary issues, academic problems, and cutting | 4 |

**Deans Office (Specific)**

Is aware of procedures to be followed regarding:

| | |
|---|---|
| Investigations (collects statements, questions students, keeps individuals separated) | 4 |
| Parental Contact and Follow-Up | 4 |
| Guidance Interventions | 4 |
| Notating Dean's Card | 4 |
| Suspensions | |
|     AAARC/Detentions | 4 |
|     Principal Level Suspension | 4 |
|     Superintendent Level Suspension (paperwork) | 4 |
| Hall Sweep Room/Room 138 | 4 |
| Cutting/Hall walking | 4 |
| Search Protocol | 4 |
| Arrest Protocol | 4 |
| Sick/Injured Persons Protocol | 4 |
| Responds to e-mails in a timely manner | 4 |
| Submits a daily summary | 3 |
| Keeps office space Clean and organized | 4 |
| Referrals to other programs (Attendance, Alternative Programs, Social worker) | 4 |

**Patrol Duty**

| | |
|---|---|
| Arrives at correct post and remains attentive | 3 |
| Thoroughly checks students in the hall for passes, programs, & ID cards | 4 |
| Takes appropriate action towards students not in authorized areas | 4 |
| Clears hallways effectively | 4 |
| Enforces the Dress Code and Hat Policy | 3 |

**Interaction with Students**

| | |
|---|---|
| Uses methods to de-escalate conflicts | 4 |
| Is alert and sensitive to reports of child abuse, drug use, gang activity, or similar incidents | 4 |
| Is courteous and displays a professional demeanor | 3 |
| Commands authority and respect | 3 |

| | |
|---|---|
| Quickly responds to altercations between students | 4 |
| Does not fraternize with students | 4 |
| Listens to students before judgment | 4 |

**Interaction with Administrators, Co-workers, NYPD, EMS**

| | |
|---|---|
| Is courteous and displays a professional demeanor | 4 |
| Responds favorably to supervisory criticism and direction | 4 |

**Building Sweep**

| | |
|---|---|
| Coordinates with supervisors, SSA's & co-workers during sweeps | 4 |
| Thoroughly checks floors, exits, stairwells, bathrooms, offices, and classrooms for intruders and deals with situations appropriately | 4 |

**Radio Communication**

| | |
|---|---|
| Is aware of others communication | 4 |
| Identifies self | 4 |
| Maintains radio discipline by speaking clearly, calmly, and maintaining a professional attitude | 4 |
| Immediately initiates radio calls when necessary | 3 |
| Immediately responds to radio calls | 3 |

**Demonstrates Professional Behavior**

| | |
|---|---|
| Avoids loud, disruptive conduct | 3 |
| Demonstrates courtesy and respect towards others | 2 |
| Performs tasks under minimal supervision | 4 |
| **Total Average** | **3.75** |

**Additional comments:**

Mr. Sanjamino is a great dean and helps the other deans when needed. He always helps the students of John Adams High School.

I have received and read this letter and I understand that a copy will be placed in my official school file.

_____     _____
Name                                                        Date



**John Adams High School**
**A Knowledge Network Teaching and Learning Institution**
Rockaway Boulevard and 102nd Street
Ozone Park, New York 11417



Grace Zwillenberg
Principal

Telephone 718-322-0500
FAX 718-738-9077

# OBSERVATION REPORT

Date: 11/24/10

Teacher: Mr. Sanjamino
Tenured
Class: MS1
Active Register: 26
Number Present: 17
Number Late: 6

Observation: 11/19/10
Post Observation Conference: 11/19/10

Dear Mr. Sanjamino

## LESSON NARRATIVE/SYNOPSIS:

When I entered the room, on the board was written, "Aim- How do we determine the accuracy and fairness of histograms, bar graphs, and pie charts? Please make sure you READ and highlight the chapters. Chapters 4 & 5 are available. Please make you're your notes are simple! As always...Ask questions." Students worked independently reading, taking notes, and answering problems as you circulated the room and provided one on one assistance through conferencing. Students discussed problems with one another as necessary. You addressed the whole class by stating chapter four would be more difficult than the first three, and would probably require a reread of the chapter. You also defined "standard deviation" to clarify the work they were doing.

During our post-observation conference, we had an opportunity to discuss commendable features of this lesson:

## CLASSROOM ENVIRONMENT
- You exhibited effective classroom management with established routines.
- Books, Print and other literacy tools were in use.

## CLASSROOM CLIMATE
- You exhibited effective classroom management with established routines.
- A sense of community and cooperation in the classroom was evident.
- Your board work was neat and well organized.

## LITERACY COMPONENT
- You included all 4 language skills in the lesson.
- New vocabulary was introduced.
- Students were engaged in silent reading and think pair share.
- Students are engaged in meaningful, purposeful literacy work.
- You provided students with ample opportunity for active participation through student centered activities.

9/14/09

## LESSON DEVELOPMENT
- ❖ You wrote an Aim on the board.

## BODY OF LESSON
- ❖ You differentiated instruction through content, process, and product.
- ❖ You exhibited good voice projection and inflection.
- ❖ Students had an opportunity to reflect on their work (self-correct/revise).

## CONCLUSION OF LESSON
- ❖ Assessment of this lesson was accomplished by answered questions.
- ❖ You accomplished the Aim.

During our post-observation conference, it was recommended you:
- **Assign a daily written homework assignment that either strengthens or enhances the lesson.**
- **Display written student work with an accompanying rubric to provide benchmarks for students' progress.**

During future visits to your classes, I look forward to observing your implementation of the suggested strategies that we have discussed. I encourage you to inter-visit with your colleagues within the department to continue to grow professionally and thereby enhance your teaching skills. I look forward to working with you to assist you in providing the highest quality instruction to the students whom we both serve.

**This was a satisfactory lesson.**

Sincerely,

*M. Charles*

M. Charles, AP ELA, MCA SLC

Cc: Grace Zwillenberg, Principal  *Grace Muellenberg*

I have received and read a copy of the above observation report and I understand that a copy will be placed in my official school file.

_____   5/30/11
Teacher Signature                        Date

9/14/09



# John Adams High School
**A Knowledge Network Teaching and Learning Institution**
Rockaway Boulevard and 102nd Street
Ozone Park, New York 11417

Grace Zwillenberg
Principal

Telephone 718-322-0500
FAX 718-738-9077

## OBSERVATION REPORT

Date: 12/21/9

Teacher: Mr. Sanjamino
Tenured
Class: MG5
Active Register: 29
Number Present: 15
Number Late: 5

Observation: 12/11/9
Post Observation Conference: 12/11/9

Dear Mr. Sanjamino:

## LESSON NARRATIVE/SYNOPSIS:

When I walked into the room, on the board was written, "Aim- How do we use individualized instruction to increase our ability to 'think' and 'question'? Do Now- Geometry- You should be working in section 2.3 or 2.4. Algebra- see packet. Monday- Teach 3.1. Homework- Algebra pg. 1015 #3, 4, & 6." Students were actively engaged in solving math problems. One by one you met with students to answer questions and pose relevant questions to them, forcing critical thinking. Differentiation in instruction was accomplished through content, process, and product. You infused word study into the lesson, improving vocabulary, our school wide focus for our inquiry teams. You individualized instruction by circulating around the room and addressing the needs of each student. Students maintain a portfolio of work for on-going assessment and project-based learning.

During our post-observation conference, we had an opportunity to discuss a number of commendable features of this lesson:

## CLASSROOM ENVIRONMENT

- ❖ You exhibited effective classroom management with established routines.
- ❖ Books, Print and other literacy tools were in use.
- ❖ Many different types of authentic reading material available to students.

## CLASSROOM CLIMATE

- ❖ An effort was made to encourage students to respect and listen to one another.
- ❖ You exhibited effective classroom management with established routines.
- ❖ You provided positive reinforcement to students.
- ❖ Your students actively participated in the lesson.
- ❖ A warm, supportive environment has been created.
- ❖ Transition between activities was smooth and efficient.

9/14/09

- ❖ A sense of community and cooperation in the classroom was evident.
- ❖ Interactive conversations concerning math were evident.
- ❖ You encouraged the students to respect and listen to one another.
- ❖ Your board work was neat and well organized.

## LITERACY COMPONENT

- ❖ You included all 4 language skills in the lesson.
- ❖ You reinforced all four language acquisition skills (listening, speaking, reading and writing).
- ❖ New vocabulary was introduced in context through questions, sentences, situations and visuals.
- ❖ Evidence of Accountable Talk.
- ❖ Students were engaged in meaningful, purposeful math work.
- ❖ You provided students with ample opportunity for active participation through a variety of student centered activities.

## LESSON DEVELOPMENT

- ❖ Lesson planning, preparation, and organization were evident.
- ❖ You began the lesson promptly with a Do-Now assignment. (An activity that provides spiral review deepens student understanding, utilizes daily routines to activate learning, and/or activates prior knowledge).
- ❖ A meaningful, worthwhile homework assignment was clearly posted.

## BODY OF LESSON

- ❖ You differentiated instruction through content, process, and product.
- ❖ You asked a variety of quality, high cognitive level questions, many prefaced by "why" and "how" which promote critical thinking and problem solving skills and foster student articulation of full sentence responses. You followed Bloom's Taxonomy of questioning strategies.
- ❖ It was evident that you use and analyze data to drive instruction.
- ❖ You called upon both volunteers and non-volunteers alike to maximize student participation.
- ❖ You exhibited good voice projection and inflection.
- ❖ You incorporated reading, writing, listening and speaking into the lesson.
- ❖ You circulated from student to student asking probing questions without losing sight of the entire class, providing individual attention when appropriate, observing, listening and redirecting questions back to the groups rather than simply providing answers, providing adequate feedback, reflections, and encouragement on groups' efforts and progress.
- ❖ Students evaluated their own work and that of their peers.
- ❖ Students had an opportunity to reflect on their work (self-correct/revise).
- ❖ Time management was utilized to create an appropriate pace and duration.
- ❖ You related the topic to relevant experiences that students are familiar with in their everyday lives.

## CONCLUSION OF LESSON

- ❖ Assessment of this lesson was accomplished by student work for their portfolios.
- ❖ You accomplished the Aim.

9/14/09

- ❖ Assessment was accomplished by Project Based Learning.
- ❖ You provided a homework assignment that strengthened the lesson.

During our post-observation conference, it was recommended you:
- **Display student work to provide benchmark progress.**
- **Utilize the Late-Sign In book to document late students and contact parents to improve punctuality.**

**This was a satisfactory lesson.**

Sincerely,

*M. Barry*

M. Barry, AP ELA, MCA SLC

Cc: Grace Zwillenberg, Principal  *Grace Zwillenberg*

I have received and read a copy of the above observation report and I understand that a copy will be placed in my official school file.

_____     _____1/6/10_____
Teacher Signature                                                    Date

9/14/09

 

**John Adams High School**
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

FAX (718) 738-9077                                TELEPHONE (718) 322-0500

# ADMINISTRATIVE EVALUATION FORM FOR THE OBSERVATION OF DEANS

**DEAN** R. Sanjamino                    **DATE** 5/28/08

Deans should be prepared to perform the following tasks on a daily basis. Specific assignments may not allow for the observation of all tasks.

**Rating Scale:**
- N/A — No Basis for judgment (denotes not averaged)
- 1 — Unsatisfactory
- 2 — Needs improvement
- 3 — Satisfactory
- 4 — Outstanding

**Task Observed**                                                              **Rating**

**General Performance**

| Task | Rating |
|---|---|
| Appears on post at specific time | 4 |
| Is alert on post assignment | 4 |
| Possesses proper equipment | 4 |

**Scanning**

| Task | Rating |
|---|---|
| Regulates the flow of students through specified entrance and maintains order | N/A |
| Carefully checks student ID/Program Cards | |
| Separates and provides direction to those unable to present proper identification | |
| Challenges visitors and adheres to visitor control procedures in a professional manner | |
| Is aware and alert at the walk through detectors | |
| Adheres to established policies for scanning | |
| Is familiar with students on suspension/detention | |

**Deans Office Duties (General)**

| Task | Rating |
|---|---|
| Has a good rapport with incoming public | 4 |
| Greets individuals with courtesy and respect | 3 |
| Individuals are serviced promptly | 4 |
| Is knowledgeable of school personnel | 4 |
| Possesses appropriate phone communication skills | 3 |

| | | |
|---|---|---|
| | Schedules and holds conferences for students with disciplinary issues, academic problems, and cutting | 4 |

**Deans Office (Specific)**

Is aware of procedures to be followed regarding:

| | | |
|---|---|---|
| | Investigations (collects statements, questions students, keeps individuals separated) | 4 |
| | Parental Contact | 4 |
| | Guidance Interventions | 4 |
| | Notating Dean's Card | 4 |
| | Suspensions | |
| |     AAARC/Detentions | 4 |
| |     Principal Level Suspension | 4 |
| |     Superintendent Level Suspension (paperwork) | 4 |
| | Holding Room/Room 227 | 4 |
| | Cutting/Hallwalking | 4 |
| | Search Protocol | 4 |
| | Arrest Protocol | 4 |
| | Sick/Injured Persons Protocol | 4 |
| | Responds to e-mails in a timely manner | 4 |
| | Submits a daily summary | 3 |
| | Keeps office space organized | 4 |
| | Referrals to other programs (Spark, SAYA, Attendance, Alternative Programs, Social worker) | 4 |

**Patrol Duty**

| | | |
|---|---|---|
| | Arrives at correct post and remains attentive | 4 |
| | Thoroughly checks students in the hall for passes, programs, & ID cards | 4 |
| | Takes appropriate action towards students not in authorized areas | 4 |
| | Clears hallways effectively | 4 |

**Interaction with Students**

| | | |
|---|---|---|
| | Uses methods to deescalate conflicts | 4 |
| | Is alert and sensitive to reports of child abuse, drug use, gang activity, or similar incidents | 4 |
| | Is courteous and displays a professional demeanor | 3 |
| | Commands authority and respect | 4 |
| | Quickly responds to altercations between students | 4 |
| | Does not fraternize with students | 4 |

| | |
|---|---|
| Listens to students before judgment | 4 |

**Interaction with Administrators, Co-workers, NYPD, EMS**

| | |
|---|---|
| Is courteous and displays a professional demeanor | 3 |
| Responds favorably to supervisory criticism and direction | 4 |

**Building Sweep**

| | |
|---|---|
| Coordinates with supervisors and co-workers during sweeps | N/A |
| Thoroughly checks floors, exits, stairwells, bathrooms, offices, and classrooms for intruders and deals with situations appropriately | 4 |

**Radio Communication**

| | |
|---|---|
| Is aware of others communication | 4 |
| Identifies self | 4 |
| Maintains radio discipline by speaking clearly, calmly, and maintaining a professional attitude | 4 |
| Immediately initiates radio calls when necessary | 4 |
| Immediately responds to radio calls | 3 |

**Demonstrates Professional Behavior**

| | |
|---|---|
| Avoids loud, disruptive conduct | 4 |
| Demonstrates courtesy and respect towards others | 3 |
| Performs tasks under minimal supervision | 4 |

Total Average 3.9

**Suggestions/Recommendations**

_____

_____

_____   _5/28/08_
Assistant Principal                              Date

Your signature is an indication of having received this document and does not necessarily signify agreement with the statements in this report. You have the right to file a written response, which will be part of the official file.

I have read and received a copy of the above and understand a copy will be placed in my file.

_____   _6/2/08_
Dean                                              Date

 

# JOHN ADAMS HIGH SCHOOL

ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

*A voyage of excellence*

## ADMINISTRATIVE EVALUATION FORM FOR THE OBSERVATION OF DEANS

DEAN _Richard Sanjamino_   DATE _3/21/07_

Deans should be prepared to perform the following tasks on a daily basis. Specific assignments may not allow for the observation of all tasks.

Rating Scale:
1. No Basis for judgment (denotes not averaged)
2. Unsatisfactory
3. Needs improvement
4. Satisfactory
5. Outstanding

**Task Observed**      **Rating**

### General Performance
- Appears on post at specific time — 5
- Is alert on post assignment — 5
- Possesses proper equipment — 5

### Entrance Duty/ Scanning
- Regulates the flow of students through specified entrance and maintains order — NBJ
- Carefully checks student ID/ Program Cards — 4
- Separates and provides direction to those unable to present proper identification — 4
- Challenges visitors and adheres to visitor control procedures in a professional manner — 4
- Properly sets up/ dismantles equipment and tests to to ensure proper working order — NBJ
- Is familiar with the use of the hand- held scanner — NBJ
- Is aware and alert at the walk though detectors — NBJ
- Adheres to established policies for scanning — NBJ

### Deans Office Duties (General)
- Has a good rapport with incoming public — 5
- Greets individuals with courtesy and respect — 5
- Individuals are serviced promptly — 5
- Is knowledgeable of school personnel — 5
- Possesses appropriate phone communication skills — 5

**Deans Office Duty (Specific)**
   Is aware of procedures to be followed regarding
      Investigations (collects statements, questions students
      Keeps individuals separated)       S
      Parental Contact       S
      Guidance Interventions       S
      Suspensions
         Principal Level Suspension       S
         Superintendent Level Suspension       S
      Holding Room       S
      Smoking       S
      Cutting       S
      Search Protocol       S
      Arrest Protocol       S
      Injured Persons Protocol       S

**Patrol Duty**
      Arrives at correct post and remains attentive       S
      Thoroughly checks documents of students in hall       S
      Checks students for passes       S
      Takes appropriate action towards students not in authorized areas       S

**Interaction with Students**
      Uses methods to de-escalate conflicts       S
      Is alert and sensitive to reports of child abuse, drug use, gang activity, or similar incidents       S
      Is courteous and displays a professional demeanor       S
      Commands authority and respect       S
      Acts as a role model       S
      Quickly responds to altercations between students       S
      Does not fraternize with students       S

**Cafeteria Duty**
      Ensures a safe and orderly environment for the school population       N/A
      Ensures that only authorized individuals enter the cafeteria       N/A
      Reports unsafe and usual conditions to the appropriate authority       N/A
      Maintains crowd control       N/A

### Building Sweep
Coordinates with supervisors and co-workers during sweeps   NBA
Thoroughly checks floors, exits, stairwells, bathrooms offices, classrooms for intruders and deals with situations appropriately   5

### Radio communication
Is aware of others communication   5
Identifies self   5
Maintains radio discipline by speaking clearly, calmly and maintaining a professional attitude   5
Immediately initiates radio calls when necessary   5
Immediately responds to radio calls   5

### Demonstrates Professional Behavior
Avoids loud, disruptive conduct   5
Demonstrates courtesy and respect towards others   5
Responds favorably to supervisory criticism and direction   5
Performs tasks under minimal supervision   5

**Total Average**   4.9

**Suggestions/ Recommendations**
Great asset to the Dean's office. Shows great professionalism.

_____
                         Assistant Principal       3/21/07  Date

I have read and received a copy of the above and Understand a copy will be placed in my file.

_____        3/23/07  Date



# CITE

## Center for Integrated Teacher Education

James F. Dougherty, Ph.D., Director

August 19, 2004

Dear Richard,

It was a pleasure to visit your class recently. I noticed students were attentive and involved. I was happy to note that you were well prepared and had a good rapport with your class.

Thank you again for your professionalism.

Sincerely,

*Jim Hayden*

Jim Hayden

1666 Newbridge Road • N. Bellmore, NY 11710-0160 • (516) 221-4082 • Fax (516) 221-4017