# EXHIBIT B




**John Adams High School**
**A Knowledge Network Teaching and Learning Institution**
**Rockaway Boulevard and 102nd Street**
**Ozone Park, New York 11417**

Grace Zwillenberg
Principal

Telephone 718-322-0500
FAX 718-738-9077

October 15, 2009

Mr. R. Sanjamino
JOHN ADAMS HIGH SCHOOL
101 – 02 Rockaway Boulevard
Ozone Park, New York 11417

Dear Mr. Sanjamino:

I would like to take this opportunity to thank you for all of your hard work during this school year. You have created a very positive and safe environment during our scanning process.

Once again, on behalf of our entire John Adams High School community, thank you for your dedication and support.

Sincerely,

Brian Mayer
A. P., Administration

Cc: Ms. G. Zwillenberg, Principal




**John Adams High School**
**A Knowledge Network Teaching and Learning Institution**
**Rockaway Boulevard and 102nd Street**
**Ozone Park, New York 11417**

Grace Zwillenberg
Principal

Telephone (718) 322-0500
FAX (718) 738-9077

*June 26, 2009*

*Mr. Sanjamino*
*John Adams High School*
*101-02 Rockaway Blvd.*
*Ozone Park, New York 11417*

*Dear Mr. Sanjamino:*

*We will not soon forget Graduation Day 2009. Were it not for the timely response of our amazing deans, the day certainly could have been a disaster. Thank you for your quick and skillful reaction to an early summer thunder storm which drastically changed our Graduation ceremony logistics.*

*Even though the storm caught us all by complete surprise, the building security and safety of the graduates and their families were not compromised at any time.*

*Please know I am grateful to have you as a member of my team. Have a healthy and restful summer vacation.*

*Sincerely yours,*

*Grace Zwillenberg*
*Principal*

THANK YOU!

*I have received and read a copy of the above letter and I understand that a copy will be placed in my official file.*

_____
*Dean*

7/1/09
*Date*



# John Adams High School

### Rockaway Boulevard and 102nd Street
### Ozone Park, N.Y. 11417



A voyage of excellence

TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadamshs.org

Grace Zwillenberg
Principal

October 20, 2006

John Adams High School
101-02 Rockaway Blvd.
Ozone Park, NY 11417

Dear Mr. Sanjamino,

I would like to take this opportunity to commend you on your outstanding work in the Suspension Room at John Adams High School this year. Your willingness to go above and beyond the call of duty makes you an outstanding member of our staff. I truly appreciate all of your hard work that you have provided this year.

Sincerely,

Adam Landman
Assistant Principal/Security

I have received and read this letter and I understand that a copy will be placed in my official school file.

_____          _____
Richard Sanjamino                                          Date

AL/an





A voyage of excellence

# JOHN ADAMS HIGH SCHOOL

### ROCKAWAY BOULEVARD AND 102ND STREET
### OZONE PARK, N.Y. 11417

TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadamshs.org

**Grace Zwillenberg**
**Principal**

**Larry Kalvar**
**Asst. Principal/Security**

March 18, 2006

John Adams High School
101-02 Rockaway Blvd.
Ozone Park, NY 11417

Dear Mr. Sanjamino,

On behalf of the Administration at John Adams, I would like to express my thanks for all of your efforts. You did an admirable job filling in as the "de facto" A.P. Security during the period of time that I was at August Martin. Upon my return to Adams you have continued to assist me in all areas of school safety and security. Your outreach to families of "at risk" students has been especially notable.

Sincerely,

Larry Kalvar

I have received and read this letter and I understand that a copy will be placed in my official school file.

Richard Sanjamino

Date 3/20/06

LK/an




# John Adams High School
## Rockaway Boulevard and 102nd Street
## Ozone Park, New York 11417

Grace Zwillenberg
Principal

Telephone (718) 322-0500
FAX (718) 738-9077

Date: 4/22/04

From: Mr. Bahaa Aboughaida,

To: Mr. Richard Sanjamino

Dear Mr. Sanjamino,

I would like to personally thank you for running a study group on "What Teachers Need to Do to Maintain Good Classroom Management". I believe that this workshop was very productive in assisting teachers to grow professionally and to enhance their teaching skills. On behalf of the math/business department I appreciate your hard work and devotion to teaching and your commitment to provide our students at John Adams with the highest quality instruction and in ensuring them the best possible preparation to meet the new standards.

Sincerely yours,

*Bahaa Aboughaida*

Bahaa Aboughaida,
Math/Business Assistant Principal I.A.

I have received and read a copy of the above observation report and I understand that a copy will be placed in my official school file.

_____          ___4/23/04_____
(Teacher Signature)                                              Date

1




Grace Zwillenberg
Principal, I.A.

Telephone (718) 322-0500
FAX (718) 738-9077

January 15, 2004

Mr. Sanjamino
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York 11417

Dear Mr. Sanjamino:

Please accept my sincere appreciation for your attendance at school today. I am certainly aware of the tremendous hardship involved in traveling during this morning's severely inclement weather.

Once here, we witnessed a monumental effort of team cooperation by all.

On behalf of the Administration and the students whom we serve, thank you, Mr. Sanjamino. Your dedication and commitment to the students of John Adams are certainly admirable.

Sincerely,

Grace Zwillenberg
Principal, I.A.

I have received and read a copy of the above letter and I understand that a copy will be placed in my official file.

_____          _____1/16/04_____
Mr. Sanjamino                              Date



TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadamshs.org

September 4, 2003

Mr. Richard Sanjamino
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York   11417

Dear Mr. Sanjamino:

Congratulations!

You have been selected as a S.A.V.E. (In-House) Coordinator  at John Adams High School commencing with the September 2003 school year.

We look forward to working with you as we continue to serve the needs of our students.

Sincerely,

Grace Zwillenberg
Principal, I. A.

GZ/bf

C:  Mr. L. Kalvar
Ms. J. Pridgen
Mr. A. Sosnick
Mr. T. Maher

I have received and read this letter and I understand that a copy will be placed in my official school file.

Richard Sanjamino                          Date   9/5/03



# JOHN ADAMS HIGH SCHOOL

ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417



A voyage to excellence

RICHARD D. D'AURIA
PRINCIPAL

February 28, 2003

TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadams.20m.com

Mr. Richard Sanjamino, Teacher
Mathematics Department
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York  11417

Dear Mr. Sanjamino:

It is with deep regret that I accept your resignation from your Dean's position as requested in your letter dated February 5, 2003.

Thank you for your many years of dedicated service as a Dean at John Adams High School.  I commend you for your dedication to the school and to the students whom we serve.

In addition to the many challenges and responsibilities that the Dean's position entails, you consistently assessed school wide procedures and made insightful suggestions to the administration.  I always appreciated your input and suggestions and we have, in fact, implemented many of them.

You have a passion for the job which, while beneficial to the school, can sometimes be a personal burden.  I hope you will continue to offer your suggestions to administration, and your guidance and assistance to your colleagues who continue to serve in the Deans' office.

I consider myself fortunate to have had you in the deans' office during my tenure as Principal, and to continue to have you on our staff.

Sincerely,

Richard D. D'Auria
Principal

RDD/bf

I have received and read a copy of this letter and I understand that a copy will be placed in my official school file.

_____

Richard Sanjamino

_____3/7/03_____

Date

**ginsanj1**

**From:** John DeRiso <jderiso@juno.com>
**To:** <ginsanj1@netzero.net>
**Sent:** Sunday, February 23, 2003 4:51 PM

Hi,

We were saddened to read of your resignation from the Dean's office. Saddened not by your decision but by the loss to the school community. We still hold the Adams' family in a special place in our hearts, corny but true.

You did a superb job as Dean and certainly rank up there with Mrs. Keene, Mr. Hundt, Mr. Troiano, Frank and Henry. If Mr. D. ever creates that "Wall of School Treasures" that I proposed long ago, you would certainly be on it.

Conscientious school people sometime wonder if their efforts had positive results. Take it from this impartial observer, you need never entertain those thoughts. When I was working and often felt overwhelmed by the tasks facing me, I knew I could rely on you. Why shouldn't I have felt that way, you never let me down. I'm certain parents and students think the same. As for staff, they're often caught up in their own important tasks to appreciate what you do till you're not there to do it any more.

I hope the Math AP and Mr. D'Aria realize what a gem they have? I know students do!

Richard, I still remember the Adams students and staff in my daily prayers for all that they did for me. I can't do much more than pray to support them. Joan and I are firm believers in the power of prayer-I think I'm living proof of prayers' efficacy. I want you to know I offered today's mass and communion for you and your young family. I don't pray for things; I prayer God's blesses you and grants you success in what ever you do if it's for your wellbeing.




# JOHN ADAMS HIGH SCHOOL

ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

A voyage to excellence

RICHARD D. D'AURIA
PRINCIPAL

TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadams.20m.com

February 14, 2003

Mr. Richard Sanjamino
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York   11417

Dear Mr. Sanjamino:

In every organization there are those individuals who distinguish themselves by stepping forward to serve whenever the need arises. You have exemplified the actions of just such an individual.

As you know, the beginning of the new semester for any large comprehensive high school is hectic. Program distribution, textbook collection, metrocard distribution and the like, must take place for 3,400 students while classes are underway. We are critically understaffed for all of these functions to, simultaneously, take place.

When we asked for help, you immediately responded. Please know that your spirit of volunteerism and dedication to the students whom we serve is warmly appreciated.

I consider myself fortunate to have you as a member of our staff.

Sincerely,

Richard D. D'Auria
Principal

RDD/bf

I have received and read a copy of the above letter and I understand that a copy will be placed in my official school file.

_____          __2/26/03__
Richard Sanjamino                              Date



# JOHN ADAMS HIGH SCHOOL

### ROCKAWAY BOULEVARD AND 102ND STREET
### OZONE PARK, N.Y. 11417



A voyage of excellence

TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadamshs.org

February 5, 2003


Mr. D'Auria,


Effective immediately I am resigning from my compensatory time position as Dean at John Adams.  If possible, I would appreciate a teaching program as soon as possible.


I will continue to remain in my current position so as not to disrupt the functioning of the Dean's Office and to allow for a smooth transition.


This resignation was based solely on personal considerations.


Sincerely,


P.S. Please consider my family obligations when creating my teaching program.  I would appreciate a 1-8 schedule.


c: L. Kalvar




# JOHN ADAMS HIGH SCHOOL

### ROCKAWAY BOULEVARD AND 102ND STREET
### OZONE PARK, N.Y. 11417

A voyage to excellence

RICHARD D. D'AURIA
PRINCIPAL

TELEPHONE (718) 322-0500
FAX (718) 738-9077
WEB: www.johnadams.20m.com

June 24, 2002

Mr. Richard Sanjamino
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York   11417

Dear Mr. Sanjamino:

Congratulations!  You have been selected as a dean at John Adams High School commencing with the September 2002 school year.

I look forward to working with you as we continue to serve the needs of our students.

Sincerely,

Richard D. D'Auria
Principal

RDD/bf

C:  Mr. Lawrence Kalvar
    Mrs. M. Crapanzano
    Mr. Brian Abamont
    Mr. Thomas Maher

I have read this letter and understand that a copy will be placed in my file.

_____          ____6/26/02____
Signature                        Date




# John Adams High School
## Rockaway Boulevard and 102nd Street
## Ozone Park, New York 11417
### www.nycenet.edu/queenshs/john_adams

Richard D. D'Auria
Principal

Telephone (718) 322-0500
FAX (718) 738-9077

August 17, 2001

John Adams Summer School 2001

Dear Mr. Sangamino:

On behalf of the approximately two thousand students whom we served, I would like to thank you for the professional service you provided as a member of our summer school staff.

The program ran smoothly in large part due to the cooperation and professionalism of faculty members such as you.

I appreciate your willingness to serve and your contribution toward making the program successful. You helped to provide our students with an additional opportunity to earn course credit and pass state assessments.

Please take the next few weeks to take a well-deserved rest.

Best wishes for a successful and fulfilling new school year.

Sincerely yours,

Richard D. D'Auria
Principal



## John Adams High School
### Rockaway Boulevard and 102nd Street
### Ozone Park, New York 11417

Richard D. D'Auria
Principal

Telephone (718) 322-0500
FAX (718) 738-9077

August 17, 2000

John Adams Summer School 2000

Dear Mr. Sanjamino:

On behalf of the approximately two thousand students whom we served, I would like to thank you for the professional service you provided as a member of our summer school staff.

Although the organization of summer school had significantly changed and many systems were implemented for the first time, the program ran smoothly in large part due to the cooperation and professionalism of faculty members such as you.

I appreciate your willingness to serve and your contribution toward making the program successful. You helped to provide our students with an additional opportunity to earn course credit and pass state assessments.

Please take the next few weeks to take a well-deserved rest.

Best wishes for a successful and fulfilling new school year.

Sincerely yours,

Richard D. D'Auria
Principal




# John Adams High School
## Rockaway Boulevard and 102nd Street
## Ozone Park, New York 11417

Richard D. D'Auria
Principal

Telephone (718) 322-0500
FAX (718) 738-9077

May 8, 2000

Mr. Richard Sanjamino, Dean
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York 11417

RE:    Security Issues

Dear Mr. Sanjamino:

I commend you for your professionalism and dedication to the school community whom we both serve.

On Friday, May 5th you joined me at a Principals' conference to discuss several security issues precipitated by a recent incident involving a student and one of our School Safety Agents. The meeting was also attended by Inspector Sheila Skinner of School Safety, Mr. Matthew Geoghegan, representing Superintendent John Lee, Ms. Elizabeth Pryke, A. P. Administration/Security and Sgt. Ernesto Torres. At the meeting issues involving the incident were raised, including the timeline of the investigation. We also had an opportunity to clarify our various roles.

It was agreed that the care taken in conducting as thorough an investigation as possible was prudent to ensure that the charges would be sustained at the impending Superintendent's hearing.

Mr. Geoghegan indicated that he would investigate the possibility of promulgating a districtwide policy to accelerate approvals for Superintendent's level suspensions in cases where any staff member has been assaulted.

Regarding staffing issues, Inspector Skinner agreed that agents will no longer be redeployed from the school unless, and until, we are assigned additional agents. This commitment will be written in correspondence from Superintendent John Lee to City Councilman Alphonso Stabile.

It is my hope that our maintenance of a dialogue with greater lines of communication among all of us will ensure our effectiveness as a cohesive team in support of the school's mission.

Please feel free to share any concerns you may have with me. As you know, my door is always open to you.

Sincerely,

Richard D. D'Auria
Principal

RDD/bf

I have received and read a copy of the above letter and I understand that a copy will be placed in my file.

_____
Richard Sanjamino

Date _____5/22/0?_____

c: Mr. Matthew Geoghegan, Superintendent's Office
   Inspector Skinner, School Safety




John Adams High School
Rockaway Boulevard and 102nd Street
Ozone Park, New York 11417

Richard D. D'Auria
Principal, I.A.

Telephone (718) 322-0500
FAX (718) 738-9077

December 6, 1999

Mr. Richard Sanjamino, Dean
John Adams High School
101-02 Rockaway Blvd.
Ozone Park, New York   11417

Dear Mr. Sanjamino:

Thank you for remaining well beyond the end of your contractual day on Friday, December 3, 1999.

An altercation took place between two young female students at the end of Period 12 dismissal, just outside of the school library. You patiently took statements from each of the students involved and remained until the police, EMS and the parents of the students arrived.

Your dedication to the students whom we service is what makes John Adams High School a special place.

At the end of a busy week, I appreciate that you were willing to remain until approximately 6:45 p.m. to expedite this case.

Thank you, once again, for your assistance in this matter.

Sincerely,

Richard D. D'Auria
Principal, I. A.

RDD/bf

I have received and read a copy of the above letter and understand that a copy will be placed in my official school file.

_____          ___12/9/99___
Richard Sanjamino                                          Date




# John Adams High School
## Rockaway Boulevard and 102nd Street
## Ozone Park, New York 11417

Richard D. D'Auria
Principal, I.A.

Telephone (718) 322-0500
FAX (718) 738-9077

November 1, 1999

Mr. Richard Sanjamino
Dean
John Adams High School

Dear Mr. Sanjamino:

I would like to take this opportunity to thank you for remaining in the school beyond your contractual day, last Wednesday, October 27.

As a result, you were able to report an incident to me at the superintendent's office regarding the injury of a student from another school in the vicinity of the pool.

Fortunately, the student is fine.

Your conscientious effort to follow-up with this case despite the late hour illustrates your dedication.

The change brought about by the transition from one principal to another always brings some additional challenges.

Your presence in the dean's office helps to ensure that the transitional process will be a smooth one.

I consider myself fortunate to have you on my staff.

Sincerely yours,

Richard D. D'Auria
Principal, I.A.

c. John Lee, Superintendent




# JOHN ADAMS HIGH SCHOOL
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

FAX (718) 738-9077

TELEPHONE (718) 322-0500

June 29, 1999

Dear Mr. Sanjamino,

I would like to thank you for all that you have done at John Adams High School this year. Your effort to challenge students and set standards for them has contributed to the success of the Mathematics Department. This year, we exceeded the Statewide benchmark for 11th graders, and our Regents results increased. This is only due to your contribution to our department and the students.

In addition to your classroom duties, you went that extra mile serving as Dean. This task helps to make John Adams a wonderful school community.

I wish you a relaxing and restful summer. I truly appreciate all that you have done as it makes my job easier. Best of luck in all your future endeavors.

Sincerely,

Maureen Henry
Assistant Principal

MH:pob




FAX (718) 738-9077                                      TELEPHONE (718) 322-0500

June 16, 1998

Dear Mr. Sanjamino,

As the school year draws to a close, I would like to thank you for all your hard work this past year. The strength of the Mathematics Department lies in each member of our department working together to provide excellent instruction for the student body of John Adams High School. The care and concern that you give the students in your classes truly makes a difference.

In addition to your regular classroom duties, you took on the added responsibility of dean. The time and effort you took to perform these tasks is why John Adams continues to be a great school.

On behalf of myself, Mr. Beirne, and the parents of John Adams High School, I thank you for making a difference in the life of each of your students. I hope you have a pleasant and restful summer.

Sincerely,

Maureen Henry
Assistant Principal
Mathematics

MH:pob




# JOHN ADAMS HIGH SCHOOL
### ROCKAWAY BOULEVARD AND 102ND STREET
### OZONE PARK, N.Y. 11417

FAX (718) 738-9077

TELEPHONE (718) 843-8180

June 28, 1994

Mr. Richard Sanjamino

Dear Mr. Sanjamino,

This year's Graduation Ceremony was particularly challenging. The threat of rain compounded by the large number of graduates made the rehearsals demanding and the actual exercise difficult to execute. Prudence required that we prepare for both an indoor and outdoor ceremony. Needless to say you overcame the challenge and presented the parents and guests with a memorable Graduation Ceremony.

Please accept my gratitude for a job well done at Graduation and for all your assistance throughout the school year. Enjoy the summer. Come back in September rested and healthy.

Cordially,

John DeRiso

John DeRiso
Assistant Principal
Pupil Personnel Services

pb
c: Mr. Beirne
   Mr. Zuccarelli




# JOHN ADAMS HIGH SCHOOL
### ROCKAWAY BOULEVARD AND 102ND STREET
### OZONE PARK, N.Y. 11417

FAX (718) 738-9077

TELEPHONE (718) 843-8180

June 23, 1994


Mr. Richard Sanjamino


Dear Mr. Sanjamino,

Once again our Annual Awards Night was a success. Once again you contributed to the evening's good feelings, and, once again I thank you for making the night memorable for our honored students, their families and guests.

If April, as the Poet says, is the cruelest month than June must be the "grindingest" month for educators. With all that you must do for your students, you graciously gave extra time to participate in our Awards Night Ceremony.

Please accept my appreciation and that of the honorees for a job well done.

Cordially,

John DeRiso

John DeRiso
Assistant Principal
Pupil Personnel Services

pb

c: Mr. Beirne
   Mr. Zuccarelli

# John Adams High School
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

TELEPHONE
843-8180

June 18, 1992

Dear Mr. Sanjamino:

Please accept my appreciation for making the Fourth Annual Award Night ceremony a "smash" hit. The students were our stars for the night, but you did more than support them in your role as organizer and presenter. You made the night memorable for our honored students, their families and guests.

For this I applaud you and thank you.

Sincerely,

John DeRiso
Assistant Principal
Pupil Personnel Services

c: Mr. Beirne
   Mr. Zuccarelli

# JOHN ADAMS HIGH SCHOOL
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

Gerard K. Beirne
Principal

TELEPHONE
843-8180

February 17, 1992

Dear Mr. Sanjamino:

The shocking incident of Friday, February 7, a first for the John Adams community, did not result in tragedy because of your efforts and those of your fellow deans.

Your quick response to rapidly unfolding events defused a potentially explosive incident. I commend you for remaining cool and thoughtful in a tense situation. Your professionalism and concern for safety of the members of our school community deserves praise and gratitude.

Please accept my appreciation and the congratulations of all the members of our school community.

Sincerely,

John DeRiso
Assistant Principal
Pupil Personnel Services

aa
c: Mr. Beirne
   Mr. Zuccarelli

# JOHN ADAMS HIGH SCHOOL

ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

Gerard K. Beirne
Principal

TELEPHONE
843-8180

February 14, 1992

Mr. Richard Sanjamino

Dear Mr. Sanjamino:

You have once again proven yourself worthy of the praise and the appreciation of all the members of our school community. The hours you spent, above and beyond your regular work day, on preparing, conducting and testifying in the recent Superintendent's suspension hearing attest to your professionalism and deep sense of commitment to maintaining our school's learning climate and orderliness.

I congratulate you on a job well done.

Sincerely,

John DeRiso
Assistant Principal
Pupil Personnel Services

cc: Mr. Beirne
    Mr. Zuccarelli

BOARD OF EDUCATION
CITY OF NEW YORK

JOHN ADAMS HIGH SCHOOL
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

LOUIS G. ACERRA
Principal

TELEPHONE
843-8180

February 14, 1991

Dear Mr. Sanjamino:

Please accept my appreciation for helping plan and execute a staff development program devoted to the Superintendent Suspension process. The comments from the staff were positive. I attribute this to your willingness to share your expertise with our colleagues.

I believe we achieved our goals: All present at the conference now have a greater knowledge of the suspension process and its complicated procedures and a clearer understanding of the demanding tasks performed by you and other school personnel involved.

Thank you for a job well done.

Sincerely,

John DeRiso
Assistant Principal
Pupil Personnel Services

cc: Mr. Acerra

# JOHN ADAMS HIGH SCHOOL
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

LOUIS G. ACERRA
Principal

TELEPHONE
843-8180

June 25, 1991

Dear Mr. Sanjamino:

In the theater, we know that often, the people behind the scenes make the play work. Quietly, from behind the scenes, you made the 1991 graduation ceremony "work."

Please accept my appreciation and that of the Class of '91 for a job well done.

Sincerely,

John DeRiso
Assistant Principal
Pupil Personnel Services

cc: Mr. Acerra
    Mr. Zuccarelli

aa

# JOHN ADAMS HIGH SCHOOL
### ROCKAWAY BOULEVARD AND 102ND STREET
### OZONE PARK, N.Y. 11417

LOUIS G. ACERRA
Principal

TELEPHONE
843-8180

June 19, 1991

Dear Mr. Sanjamino:

The third Annual Award Ceremony was a splendid evening for our honorees and their families. Your willingness to freely give of your time to assist in the planning and executing of the Awards Night program contributed greatly to the occasion's joyful excitement. Please accept my appreciation and that of the honored students.

Just as Graduation Day belongs to the graduates and their families, Awards Night belongs to the honorees and their families. Awards Night presents an opportunity for our students to shine. Your presence made the night brighter for our stars and more memorable for their families. For this I applaud you and thank you.

Cordially,

John DeRiso
Assistant Principal
Pupil Personnel Services

cc: Mr. Acerra
    Mr. Zuccarelli

BOARD OF EDUCATION
CITY OF NEW YORK

JOHN ADAMS HIGH SCHOOL
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

Gerard K. Beirne
Principal

843-8180TELEPHONE
843-8180

December 11, 1991

Dear Mr. Sanjamino::

Please accept my appreciation for the additional time you spent beyond your regular work day to participate in the Superintendent's Suspense hearing for Gregory Campbell. Your willingness to remain at the hearing office until approximately 5:00pm, when the hearing was concluded, demonstrates both your tenacity to see a task completed and your willingness to cooperate.

You represented the staff and the school admirably. Regardless of the yet to be announced Hearing Officer's decision, in my opinion, you are a winner!

Sincerely,

John DeRiso
Assistant Principal
Pupil Personnel Services

cc:  Mr. Beirne
     Mr. Zuccarelli
aa
tku

# John Adams High School

ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

LOUIS G. ACERRA
Principal

TELEPHONE
843-8180

June 25, 1990

Dear Mr. Sanjamino:

You did it!  In spite of the uncertain weather, the tight Regents Examination schedule and the unannounced construction work, the graduation program proceeded quite well.

Once again, you made the 1990 graduation ceremony a memorable event for the students and their families.  Please accept my appreciation and that of the Class of '90 for a job well done.

Cordially,

*John DeRiso*

John DeRiso
Assistant Principal
Pupil Personnel Services

cc: Mr. Acerra
    Mr. Zuccarelli
aa

# JOHN ADAMS HIGH SCHOOL
ROCKAWAY BOULEVARD AND 102ND STREET
OZONE PARK, N.Y. 11417

LOUIS G. ACERRA
Principal

TELEPHONE
843-8180

June 26, 1989

Dear Mr. Sanjamino:

In spite of all the usual last minute upsets, the graduation ceremony proceeded quite well. I attribute this to your hard work and good efforts.

Please accept my appreciation for making the 1989 graduation ceremony a memorable event for the students and their families.

Cordially,

John DeRiso
Assistant Principal
Pupil Personnel Services

cc: Mr. Zuccarelli
    file

March 14, 1989

MR. R. SANJAMINO

Dear MR. R. SANJAMINO

In attending Saturday's workshop on the underachiever, you showed a general concern to expand your professional ability as a mathematics teacher. I would like to, at this time, commend you for taking time out of your very busy schedule. In doing so, you made Saturday's workshop very successful and fruitful .

Yours very truly,

John Zuccarelli
Assistant Principal
Mathematics Depart.

cc: Louis G. Acerra