

**Department of Education**

Dennis M. Walcott
*Chancellor*

# DELEGATION

To: Principals of High Schools, District 75 Schools, and District 79 Programs

From: Dennis M. Walcott
Chancellor

Re: Delegation to Appoint Assistant Principals, Consult with School Leadership Teams, Appoint Non-supervisory Employees, and Initiate Disciplinary Charges

---

Pursuant to Education Law §2590-h(19), I hereby delegate to you the authority to:

1. Select and appoint assistant principals in your schools and consult with the school leadership team prior to appointing assistant principals;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your schools, subject to the terms of any applicable collective bargaining agreements;

3. Initiate and resolve disciplinary charges against teaching and supervisory staff members in your schools who have completed probation, and recommend suspension of such employees to the Chancellor.

Dated: 4/19/11

Dennis M. Walcott

# DELEGATION

To: High School, District 75 and District 79 Principals

From: Dennis M. Walcott
Chancellor

Re: Delegation to Appoint Assistant Principals and Non-Supervisory Employees, and to Initiate Disciplinary Charges

---

I hereby delegate to all High School, District 75 and District 79 Principals the power to:

1. Select and appoint assistant principals in your schools;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your schools, subject to the terms of any applicable collective bargaining agreements;

3. Initiate and resolve disciplinary charges against teaching and supervisory staff members in your schools who have completed probation, and recommend suspension of such employees to the Chancellor.

Dated: 10/22/13

_____
Dennis M. Walcott
Chancellor