

**Department of Education**

Dennis M. Walcott
*Chancellor*

# DELEGATION

To: Community School District Superintendents

From: Dennis M. Walcott
Chancellor

Re: Delegation of Authority to Community School District Superintendents to Prefer Charges Against Tenured Pedagogical Employees

---

Pursuant to Education Law §§2590-h(19) and (38), I hereby delegate to you the authority to prefer charges against tenured pedagogical employees in your districts under Education Law §3020-a, and to authorize settlement of disciplinary proceedings commenced under Education Law §3020-a.

Dated: 4/19/11

_____
Dennis M. Walcott