

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**
*Daria Rigney, Superintendent*

**Department of Education**
Dennis M. Walcott, Chancellor

COMMUNITY SCHOOL DISTRICT 2
333 Seventh Avenue
New York, NY 10001
Phone: 212-356-3739 ~ Fax: 212-356-7514

## DELEGATION

To: Principals of Schools in Community School District 2

From: Daria Rigney, Community Superintendent, District 2

Re: Delegation

---

Pursuant to Education Law §2590-f(1)(b), I hereby delegate to you the authority to:

1. Select and appoint assistant principals in your schools and consult with the school leadership team prior to appointing assistant principals;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your schools, subject to the terms of any applicable collective bargaining agreements;

3. Approve/disapprove matters relating to the instruction of students in your schools (including selection of textbooks and other instructional materials);

4. Administer minor repair and purchasing funds for your schools and provide for minor repairs at your school buildings;

5. Initiate and resolve disciplinary charges against teaching and supervisory staff members in your schools who have completed probation and recommend suspension of such employees to the Chancellor.

Dated: 4/26/11

Daria Rigney
Community Superintendent
District 2

# DELEGATION

To: Principals of Schools in Community School District 9

From: Dolores Esposito, Community Superintendent, District 9

Re: Delegation

---

Pursuant to Education Law §2590-f(1)(b), I hereby delegate to you the authority to:

1. Select and appoint assistant principals in your schools and consult with the school leadership team prior to appointing assistant principals;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your schools, subject to the terms of any applicable collective bargaining agreements;

3. Approve/disapprove matters relating to the instruction of students in your schools (including selection of textbooks and other instructional materials);

4. Administer minor repair and purchasing funds for your schools and provide for minor repairs at your school buildings;

5. Initiate and resolve disciplinary charges against teaching and supervisory staff members in your schools who have completed probation and recommend suspension of such employees to the Chancellor.

Dated: 4/27/2011

*Dolores Esposito*
Community Superintendent
District 9

# DELEGATION

To: Principals of Schools in Community School District 21

From: Isabel DiMola, Community Superintendent, District 21

Re: Delegation

---

Pursuant to Education Law §2590-f(1)(b), I hereby delegate to you the authority to:

1. Select and appoint assistant principals in your schools and consult with the school leadership team prior to appointing assistant principals;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your schools, subject to the terms of any applicable collective bargaining agreements;

3. Approve/disapprove matters relating to the instruction of students in your schools (including selection of textbooks and other instructional materials);

4. Administer minor repair and purchasing funds for your schools and provide for minor repairs at your school buildings;

5. Initiate and resolve disciplinary charges against teaching and supervisory staff members in your schools who have completed probation and recommend suspension of such employees to the Chancellor.

Dated: 4/27/11

*Isabel DiMola*
Community Superintendent
District 21



THE NEW YORK CITY DEPARTMENT OF EDUCATION
MICHELE LLOYD-BEY, *Community Superintendent*

Department of Education

COMMUNITY SCHOOL DISTRICT 27
82-01 Rockaway Blvd., Ozone Park, N Y 11416

# DELEGATION

To: Principals of Schools in Community School District 27

From: Michele Lloyd-Bey, Community Superintendent, District 27

Re: Delegation

---

Pursuant to Education Law §2590-f(1)(b), I hereby delegate to you the authority to:

1. Select and appoint assistant principals in your schools and consult with the school leadership team prior to appointing assistant principals;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your schools, subject to the terms of any applicable collective bargaining agreements;

3. Approve/disapprove matters relating to the instruction of students in your schools (including selection of textbooks and other instructional materials);

4. Administer minor repair and purchasing funds for your schools and provide for minor repairs at your school buildings;

5. Initiate and resolve disciplinary charges against teaching and supervisory staff members in your schools who have completed probation and recommend suspension of such employees to the Chancellor.

Dated: 9-20-2012

Community Superintendent
District

# THE NEW YORK CITY DEPARTMENT OF EDUCATION
**BEVERLY HOLLERS-BRYANT, ED.D.**, Community Superintendent

COMMUNITY SCHOOL DISTRICT 28
90-27 Sutphin Blvd-Room 242 – Jamaica, New York 11435
(718) 557-2622   FAX (718) 557-2623

# DELEGATION

**TO:** Principals of Schools in Community School District 28

**FROM:** Beverly Hollers-Bryant, Ed.D., Acting Community Superintendent, District 28

**RE:** Delegation

Pursuant to Education Law §2590-f(1)(b), I hereby delegate to you the authority to:

1. Select and appoint assistant principals in your school, and consult with the school leadership team prior to appointing assistant principals;

2. Appoint, define duties of, assign, promote and discharge all non-supervisory employees in your school, subject to the terms of any applicable collective bargaining agreements;

3. Approve/disapprove matters relating to the instruction of students in your school (including selection of textbooks and other instructional materials);

4. Administer minor repair and purchasing funds for your school and provide for minor repairs at your school building;

5. Initiate and resolve charges against teaching and supervisory staff members in your school who have completed probation and recommend suspension of such employees to the Chancellor.

Dated: 4/22/11

_____
Beverly Hollers-Bryant Ed.D
Acting Community Superintendent
District 28

