# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

AMY INGBER, BERTA MORALES, LEEANA KOZNESOFF,

NATALYA SOKOLSON, RICHARD SANJAMINO, SCOTT KREFETZ

(List the full name(s) of the plaintiff(s)/petitioner(s).)

14 CV 03942 (JMF)(DF)

-against-

**NOTICE OF APPEAL**

THE NEW YORK CITY DEPARTMENT OF EDUCATION

AND CHANCELLOR CARMEN FARINA

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Amy Ingber, Berta Morales, Leeana Koznesoff, Natalya Sokolson, Richard Sanjamino, Scott Krefetz

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☐ order entered on: December 9, 2014

(date that judgment or order was entered on docket)

that: Dismissed plaintiffs' action alleging violations of the Due Process Clause of the Fourteenth Amendment of the United States Constitution & Article I, Section 6 of the New York State Constitution

(If the appeal is from an order, provide a brief description above of the decision in the order.)

Dated January 7, 2015        Signature: Debra L. Wabnik

Wabnik, Debra L., Stagg, Terenzi, Confusione & Wabnik, LLP

Name (Last, First, MI)

401 Franklin Avenue, Suite 300, Garden City, New York 11530

Address | City | State | Zip Code

516-812-4500

dwabnik@stcwlaw.com

Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13