N.Y.S.D. Case #
14-cv-3942(JMF)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand and fifteen.

_____

Amy Ingber, *et al.*,

    Plaintiffs-Appellants,

v.

New York City Department of Education, Chancellor Carmen Farina,

    Defendants-Appellees.

_____

ORDER

Docket No. 15-32

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 26, 2015

The parties have filed a stipulation withdrawing this appeal with prejudice as to Appellants Leeana Koznesoff, Richard Sanjamino and Scott Krefetz, pursuant to FRAP 42(b).

The stipulation is hereby so ordered. The appeal shall proceed with respect to the parties.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 2/26/15