**MANDATE**

N.Y.S.D. Case # 14-cv-3942(JMF)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand and fifteen,

_____

Amy Ingber, Berta Morales, Natalya Sokolson,

    Plaintiffs - Appellants,

Victor Vargas, Leeana Koznesoff, Richard Sanjamino, Scott Krefetz,

    Plaintiffs,

v.

New York City Department of Education, Chancellor Carmen Farina,

    Defendants - Appellees.

_____

ORDER
Docket No. 15-32

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 22, 2015

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/22/2015